IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOANNE MOSKOVIC, ALEXANDER MOSKOVIC, WILLIAM CARROLL, DAN SKOCZYLAS, CAROL SKOCZYLAS, GARRETT BRUINIUS, JODI GRANT, JOHN GRANT, JEFF SEGEBARTH, CHRIS YONKER, JOLIE YONKER, DIANE GAJOS, GERALD GAJOS, EDAN GELT, GENE KHALIMSKY, BARBARA HEALY, JOHN O'LOUGHLIN, AND PARPAT LLC, | Consolidated Case No. 1:21-cv-00144<br><br>Hon. Hala Y. Jarbou |
| Plaintiffs, | |
| v. | |
| CITY OF NEW BUFFALO, a municipal corporation, | |
| Defendant. | |
| and | |
| 218 S BRONSON LLC, JOHN TAYLOR, CYNTHIA MARQUARD, ADAM TYMOWSKI, MELISSA PIORKOWSKI, MICHAEL DAVIS, NICHOLAS HOLEVAS, AND JARVIS PROPERTIES, LLC, | Case No. 1:21-cv-00674<br><br>Hon. Hala Y. Jarbou |
| Plaintiffs, | |
| v. | |
| CITY OF NEW BUFFALO, a municipal corporation, | |
| Defendant. | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file the Memorandum in Response to Order attached as **Exhibit A** (ECF No. 77-1).

2

**IT IS FURTHER ORDERED** that the Memorandum in Response to Order is deemed filed as of the date this Order is transmitted via the CM/ECF system.

Dated: January 6, 2022  /s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE