# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

## MINUTES

JOANNE MOSKOVIC, et al.,

    Plaintiffs,

v.

CITY OF NEW BUFFALO,

    Defendant.

_____/

CASE NO.: 1:21-cv-144
DATE: January 31, 2022
TIME: 10:00 AM – 10:35 AM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Daniel J. Hatch
Ronald E. Reynolds

DEFENDANT(S):
Matthew Jason Zalewski

## PROCEEDINGS

NATURE OF HEARING:
Motion hearing held on the record regarding Plaintiff's motion for summary judgment (ECF No. 39).

COURT REPORTER:  Genevieve Hamlin

/s/ A. Seymore
CASE MANAGER